UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARRYL J. BERRY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:15-CV-3279-G (BN) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, ET AL., | ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. The plaintiff filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge..

It is therefore **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

January 4, 2016.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**